IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-cv-638-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

400 S PETTIGREW, LLC; DAVID MANG; DMANG BROKERAGE LLC,

    Defendants.

ORDER

This matter is before the Court on the Parties' Joint Motion for a Stay. For good cause shown, IT IS HEREBY ORDERED on this _15_ day of _August_, 2025, that the Parties' Motion is GRANTED.

SO ORDERED.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE